In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for Opening and Extending of Inwood Hill Park,— Preference granted for September 29, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM R. CRAIG and Others v. JAMES T. ANYON and Others.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY ALLEN ELY.— Motion granted so far as to extend time of defendant in which to file the printed record, on appeal to and including July 15, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

45 EAST 57TH STREET CO., INC., v. HERBERT G. MILLAR, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HELEN HELMER v. MARY ANN CORCORAN.— Motion denied, with ten dollars costs, and the time of the defendant in which to answer the complaint is extended for ten days after service of order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of WILLIAM H. WERFELMAN for Payment of Award for Parcel No. 3, in Proceeding by the City of New York (Jennings Street, between Longfellow Avenue and Boone Avenue, Bronx).— Motion for reference granted, and matter referred to Hon. Joseph E. Newburger, official referee, to take proof of ownership and to report. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GENEVIEVE HOLDROYD ELDER v. HENRY A. TAYLOR.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MAX COHEN v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Petition of UNITED STATES LIGHT AND HEAT CORPORATION, v. FRANK B. VERMILYA.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SARAH ALTMAN v. LOUIS SCHWEITZER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

AXEL B. WALLIN v. HUGH FRANCIS and Others.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ABRAHAM RACKOW v. GUARANTY TRUST COMPANY OF NEW YORK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HANS FLATO v. WHISTLE COMPANY OF AMERICA.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

L. B. FOSTER CO., INC., v. HUGH C. FOX and Others.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

AYRES, WILLIAM C. JONES, INC., v. NEW YORK CENTRAL RAILROAD COMPANY. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.